**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CAROL HEIM, INDIVIDUALLY AND/OR IN HER CAPACITY AS ADMINISTRATRIX OF THE ESTATE OF JOSEPH HEIM, DECEASED, | : | No. 934 MAL 2015 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| MERCHANTS INSURANCE GROUP, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.